**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
|  | : | **MDL DOCKET NO. 4:03-CV-1507-BRW** |
| **IN RE:** | : | |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | **ALL CASES** |

## ORDER

Pending are Defendants' Motions for Judgment on the Pleadings (Doc. Nos. 3082, 3087).

Plaintiffs have responded[1] and Defendants have replied.[2]  The parties presented oral argument at

a July 20, 2012 hearing.[3]

Defendants, manufacturers of generic hormone replacement drugs, assert that *PLIVA,*

*Inc. v. Mensing*,[4] preempts any strict liability failure to warn claim against Defendants.

Additionally, Defendants contend that the reasoning in *Mensing* would foreclose any design

defect claims.  Plaintiffs disagree, and request that, at the very least, they be permitted to amend

their complaints.

At this point, it seems to me that permitting the plaintiffs leave to amend their complaints

is reasonable.  Accordingly, the plaintiffs whose cases are listed in Exhibit A must amend their

complaints within <u>three weeks</u> of the date of this Order -- this is plenty of time considering that

the request to amend complaints should have been made months, if not years, ago.

After a cursory review of several of the complaints in these cases, it appears that many

make only basic failure to warn claims and are devoid of the claims Plaintiffs' counsel posited at

---

[1]Doc. Nos. 3094, 3095.

[2]Doc. No. 3102.

[3]Doc. No. 3106.

[4]131 S. Ct. 2567 (2011).

the July 20, 2012 hearing.  If a plaintiff does not amend her complaint by the deadline,

Defendants may refile their motion for judgment on the pleadings in the individual case. Word to

the wise:  If a plaintiff fails to amend her complaint, and Defendants again seek dismissal, it is

unlikely that I will again allow the plaintiff leave to amend her complaint.

Additionally, each amended complaint must set out, in plenary detail, the factual basis for

the plaintiff's claims.  For example, if the plaintiff is asserting "off-label promotion," the

complaint must set out sufficient facts to support this claim.  In other words, the specific who,

what, when, and where will be required (considering that Plaintiffs have been accumulating

discovery against Defendants for nearly 10 years, this requirement is reasonable).  Each plaintiff

also will be required to show, with specificity, how she was directly affected by each

Defendant's conduct.  Generally claiming that Defendants practiced "off-label promotion" will

be considered insufficient, and may result in dismissal of the case.

## CONCLUSION

Based on the findings of fact and conclusions of law above, Defendants' Motions for

Judgment on the Pleadings (Doc. Nos. 3082, 3087) are DENIED without prejudice.  Plaintiffs

are permitted to amend their individual complaints as set out above.

IT IS SO ORDERED this 11th day of September, 2012.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

| | |
|---|---|
| Scott, Patsy | 3:07-CV-00147 |
| Lund, Judy | 4:04-CV-00717 |
| Gallegos, Margaret | 4:04-CV-00723 |
| Mesojedec, Ann Marie | 4:04-CV-00809 |
| Brown, Nona | 4:04-CV-00816 |
| | |
| Glier, Nancy | 4:04-CV-00899 |
| Watson, Patricia | 4:04-CV-00938 |
| Jenkins, Linda | 4:04-CV-00996 |
| Lopez, Amada | 4:04-CV-01068 |
| Trinnaman, Mary | 4:04-CV-01071 |
| | |
| Alexander, Janet | 4:04-CV-01223 |
| Cheltra, Denise M. | 4:04-CV-01294 |
| Anderson, Darlene Kay | 4:04-CV-01297 |
| Barnard, Avis | 4:04-CV-01308 |
| Trommer, Edith | 4:04-CV-01620 |
| | |
| Kiss, Marie S. | 4:04-CV-01863 |
| Griggs, Esther R. | 4:04-CV-01959 |
| Tsubota, Elaine | 4:04-CV-02212 |
| Baker, Carol | 4:04-CV-02256 |
| Newman, Beverly | 4:04-CV-02316 |
| | |
| Clouser, Mary J. | 4:05-CV-00075 |
| Lawson, Barbara | 4:05-CV-00077, 4:11-CV-00101 |
| Lee, Darlene | 4:05-CV-00146 |
| Herman, Linda | 4:05-CV-00167 |
| Dye, Susan | 4:05-CV-00195 |
| | |
| Posey, Janelle | 4:05-CV-00206 |
| Palomo, Olivia | 4:05-CV-00253 |
| Indyk, Rebeca | 4:05-CV-00380 |
| McMurray, Elaine | 4:05-CV-00382 |
| Daly, Eleanor | 4:05-CV-00396 |
| | |
| Shareff, Karen | 4:05-CV-00406 |
| Weissmer, Willa | 4:05-CV-00423 |
| Mullikin, Virginia | 4:05-CV-00427 |
| Pannell, Deborah | 4:05-CV-00498 |
| Strickland, Sandra | 4:05-CV-00530 |
| | |
| Burbridge, Pat | 4:05-CV-00544 |
| Toomey, Janet | 4:05-CV-00549 |
| Andenoro, Janice | 4:05-CV-00558 |
| Paquin, Ethel | 4:05-CV-00598; 4:08-CV-01833 |
| Campbell, Delores | 4:05-CV-00614 |

| | |
|---|---|
| Thompson, Gaye | 4:05-CV-00651 |
| Nickle, Lovena | 4:05-CV-00657 |
| Spicer, Barbara A. | 4:05-CV-00697 |
| Cummings, Morene | 4:05-CV-00798 |
| McCormack, Nancy | 4:05-CV-00800 |
| | |
| Weaver, Mary Jo | 4:05-CV-00810 |
| Mason, Barbara | 4:05-CV-00832 |
| Amdur, Patricia | 4:05-CV-00841 |
| Wilkerson, Shirley | 4:05-CV-00910 |
| Shea, Kathryn | 4:05-CV-00969 |
| | |
| Higginbotham, Carla | 4:05-CV-00974 |
| Douglass, Barbara Louise | 4:05-CV-01133 |
| Nikolchev, Grigorina | 4:05-CV-01245 |
| Anderson, Irene | 4:05-CV-01246 |
| Schoenberg, Carol | 4:05-CV-01248 |
| | |
| Cain, Helen | 4:05-CV-01366 |
| Smith, Jo Ann | 4:05-CV-01378 |
| Byrd, Laura | 4:05-CV-01402 |
| Moisi, Rose | 4:05-CV-01404 |
| Anderson, Barbara | 4:05-CV-01408 |
| | |
| Bowling, Virginia | 4:05-CV-01433 |
| Roth, Laura | 4:05-CV-01446 |
| Steinert, Minnie | 4:05-CV-01516 |
| Beaver, Eula M. | 4:05-CV-01573 |
| Miller, Doris | 4:05-CV-01575 |
| | |
| Blanco, Mercedes G. | 4:05-CV-01620 |
| Perotti, Deborah | 4:05-CV-01633 |
| South, Mary | 4:05-CV-01680 |
| Clark, Sylvia E. | 4:05-CV-01754 |
| Keener, Norma | 4:05-CV-01793 |
| | |
| Kamsch, Carole | 4:05-CV-01803 |
| Vernon, Beverly | 4:05-CV-01858 |
| Moore, Barbara J. | 4:05-CV-01866 |
| Johnson, Deborah E. | 4:05-CV-01896 |
| Smith, Helga K. | 4:05-CV-01909 |
| | |
| Robertson, Darline J. | 4:06-CV-00001 |
| Quinn, Marjorie A. | 4:06-CV-00050 |
| Hinkle, Joy | 4:06-CV-00079 |
| Gorski, Virginia | 4:06-CV-00110 |
| Cantwell, Lynn | 4:06-CV-00121 |

| | |
|---|---|
| Giambrone, Patti H. | 4:06-CV-00160 |
| Engle, Connie | 4:06-CV-00228 |
| Merricks, Lillian P. | 4:06-CV-00233 |
| Wilson, Sharon | 4:06-CV-00240 |
| Ridgeway, Ann | 4:06-CV-00294 |
| | |
| Ford, Linda | 4:06-CV-00384 |
| Brooks, Marilyn | 4:06-CV-00403 |
| Dudley, Ann | 4:06-CV-00430 |
| Stark, Audrey A. | 4:06-CV-00435 |
| Baker, Jacqueline | 4:06-CV-00441 |
| | |
| Trautman, Janet | 4:06-CV-00442 |
| Plowman, Joyce | 4:06-CV-00443 |
| Bolton, Barbara | 4:06-CV-00493 |
| Norwood, Keith Hunter | 4:06-CV-00517 |
| Abbey, Francine | 4:06-CV-00537 |
| | |
| Pick, Roslyn | 4:06-CV-00581 |
| Broussard, Angela | 4:06-CV-00636 |
| Briscoe, Brenda Kaye | 4:06-CV-00661 |
| Guillot, Claudia | 4:06-CV-00697 |
| Barr, Rebecca | 4:06-CV-00704 |
| | |
| Mahoney, Julia | 4:06-CV-00714 |
| Moffett, Linda W. | 4:06-CV-00722 |
| Kell, Rayjeana | 4:06-CV-00772 |
| Naquin, Carol | 4:06-CV-00784 |
| Flint, Mary Jo | 4:06-CV-00793 |
| | |
| Thomas, Jo Anne | 4:06-CV-00800 |
| Goldberg, Marlene | 4:06-CV-00821 |
| Stepp, Onie Lorene | 4:06-CV-00873 |
| Calhoun, Sharon | 4:06-CV-00878 |
| Russell, Barbara | 4:06-CV-00879 |
| | |
| Pinkerton, Bertha L. | 4:06-CV-00881 |
| Lyons, Mary | 4:06-CV-00916 |
| Wright, Bertha Lee | 4:06-CV-00938 |
| Harrison, Carolyn | 4:06-CV-00940 |
| Rosenberry, Mary Verna | 4:06-CV-00959 |
| | |
| Durain, Wanda | 4:06-CV-00988 |
| Duncan, Arizona L. | 4:06-CV-00993 |
| Black, Karen A. | 4:06-CV-01022 |
| Goodman, Donna K. | 4:06-CV-01048 |
| Brownewell, Dorothy | 4:06-CV-01049 |

| | |
|---|---|
| White-Brown, Margaret D. | 4:06-CV-01120 |
| Wojcik, Rosemary S. | 4:06-CV-01127 |
| Cavaliere, Geraldine | 4:06-CV-01165 |
| Burton, Mary Lou | 4:06-CV-01186 |
| Richardson, Lucille | 4:06-CV-01193 |
| | |
| Willenbrock, Darylle D. | 4:06-CV-01200 |
| Campbell, Sylvia | 4:06-CV-01219 |
| Cagle, Theda | 4:06-CV-01220 |
| Campbell, Bonnie | 4:06-CV-01222 |
| Bradley, Mary | 4:06-CV-01224 |
| | |
| Fortner, Doris | 4:06-CV-01252 |
| Derefield, Pamela S. | 4:06-CV-01260 |
| Mallin, Beverly | 4:06-CV-01282 |
| Hinton, Sarah A. | 4:06-CV-01324 |
| Kinser, Frances | 4:06-CV-01339 |
| | |
| Clement, Joyce | 4:06-CV-01345 |
| Martin, Elizabeth A. | 4:06-CV-01389 |
| Bikos, Bonnie | 4:06-CV-01392 |
| Puzzuole, Margaret | 4:06-CV-01398 |
| Sponza, Regina | 4:06-CV-01399 |
| | |
| Hunter, Shirley A. | 4:06-CV-01403 |
| Kagay, Joyce | 4:06-CV-01431 |
| Anthony, Sandra | 4:06-CV-01433 |
| Zimmerman, Joyce | 4:06-CV-01438 |
| Johnson, Sherry | 4:06-CV-01443 |
| | |
| Neubarth, Marie | 4:06-CV-01455 |
| Frank, Francis, Jr. | 4:06-CV-01474 |
| Roseman, Charlotte | 4:06-CV-01488 |
| Rosenbloom, Susan | 4:06-CV-01502 |
| Balis, Nancy A. | 4:06-CV-01506 |
| | |
| Schultz, Marilyn | 4:06-CV-01516 |
| Morgan, Alice | 4:06-CV-01555 |
| Sayers, Marjorie | 4:06-CV-01564 |
| Koch, Dorothy J. | 4:06-CV-01617 |
| Orgel, Lynne | 4:06-CV-01645 |
| | |
| Chambers, Zona | 4:06-CV-01650 |
| Rittenberry, Linda | 4:06-CV-01679 |
| Burbach, Julaine | 4:06-CV-01696 |
| Tipton, Janice | 4:06-CV-01700 |
| Hagstrand, Janet L. | 4:06-CV-01712 |

| | |
|---|---|
| Prickett, Judy C. | 4:07-CV-00090 |
| Strickland, Anne J. | 4:07-CV-00093 |
| Williams, Sharon J. | 4:07-CV-00095 |
| Kidd, Judith R. | 4:07-CV-00100 |
| Simpson, Arleane | 4:07-CV-00126 |
| | |
| McKnight, Marilyn | 4:07-CV-00156 |
| Battiste, Thelma | 4:07-CV-00189 |
| Lonsiak, Kathleen | 4:07-CV-00211 |
| Regan, Peggy | 4:07-CV-00232 |
| Spangler, Edith | 4:07-CV-00251 |
| | |
| Payne, Patricia Ann | 4:07-CV-00321 |
| Lopez, Melissa | 4:07-CV-00323 |
| Anderson, Carolyn | 4:07-CV-00332 |
| Snyder, Debbie | 4:07-CV-00340 |
| Tangman, Frances | 4:07-CV-00419 |
| | |
| Williams, Christine S. | 4:07-CV-00427 |
| McCune, Lavon | 4:07-CV-00430 |
| Kota, Miriam | 4:07-CV-00467 |
| Nussbaum, Gale | 4:07-CV-00469 |
| Harding, Joann D. | 4:07-CV-00478 |
| | |
| Dale, Jane R. | 4:07-CV-00558 |
| Kirschstein, Janet | 4:07-CV-00653 |
| McMichael, Linda | 4:07-CV-00655 |
| Irwin, Vivian | 4:07-CV-00731 |
| Stolbun, Judith Greer | 4:07-CV-00816 |
| | |
| Mills, Stanley | 4:07-CV-00884 |
| Scott, Toni | 4:07-CV-01078 |
| Turner, Mildred | 4:08-CV-00035 |
| Miller, Joan P. | 4:08-CV-00062 |
| Payne, Patty | 4:08-CV-00185 |
| | |
| Johnson, Eloise | 4:08-CV-00290 |
| Kielty, Cheryl | 4:08-CV-00402 |
| Smylie, Carol | 4:08-CV-00443 |
| Okon, Marilyn | 4:08-CV-00462 |
| Jewell, Paula | 4:08-CV-00617 |
| | |
| Draper, Helen | 4:08-CV-00699 |
| Amador, Silvia | 4:08-CV-00779 |
| Barnes, Marita A. | 4:08-CV-00864 |
| Chen, Margaret L. | 4:08-CV-01268 |
| Archbold, Sharon | 4:08-CV-01288 |

| | |
|---|---|
| Fisher, Terri L. | 4:08-CV-01393 |
| Peterson, Sandra | 4:08-CV-01687 |
| Shanle, Sheila | 4:08-CV-01793 |
| Reddy, Jeanne Marie | 4:08-CV-01811 |
| Redman, Virginia | 4:08-CV-01816 |
| | |
| Weaver, Brenda | 4:08-CV-01848 |
| Nichols, Linda | 4:08-CV-01856 |
| Costa, Frances | 4:08-CV-01860 |
| Shuckhart, Mary | 4:08-CV-01876 |
| Weaver, Rise L. | 4:08-CV-01999 |
| | |
| Blaisdell, Norman | 4:08-CV-02116 |
| Marshall, Valerie A. | 4:08-CV-02188 |
| Weaver, Rita | 4:08-CV-02313 |
| Kropf, Karen Leanne | 4:08-CV-02314 |
| McCarthy, Cynthia | 4:08-CV-02388 |
| | |
| Cook, Carol L. | 4:08-CV-02413 |
| Jenkins, Gwendolyn | 4:08-CV-02514 |
| Barnett, Jacklynn | 4:08-CV-02695 |
| Sands, Joyce | 4:08-CV-02745 |
| Geiser, Dorothy | 4:08-CV-02787 |
| | |
| Schlenk, Lois | 4:08-CV-02796 |
| Estell, Shirley | 4:08-CV-03119 |
| Reed, Mae Frances | 4:08-CV-03121; 4:09-cv-00132 |
| Bumpas, Vickie E. | 4:08-CV-03167 |
| Johann, Apollonia | 4:08-CV-03178 |
| | |
| Beaver, Donna | 4:08-CV-03204 |
| McLain, Judy | 4:08-CV-03207 |
| Haupert, Karen | 4:08-CV-03211 |
| Weinfurtner, Carol | 4:08-CV-03213 |
| Kaiser, Barbara J. | 4:08-CV-03237 |
| | |
| Crestelle, Carole | 4:08-CV-03333 |
| Jones, Sharon Lee | 4:08-CV-03338 |
| Hill, Jeanne | 4:08-CV-03339 |
| Kurinko, Ann Marie | 4:08-CV-03340 |
| Blattl, Kurt | 4:08-CV-03358 |
| | |
| Hicks, Mary E. | 4:08-CV-03523 |
| Woods, Dorothy | 4:08-CV-03548 |
| Finn, Kathleen | 4:08-CV-03560 |
| Morgan, Nancy | 4:08-CV-03572 |
| Alvarran, Bonnie | 4:08-CV-03631 |

| | |
|---|---|
| Sanford, Glenda | 4:08-CV-03671 |
| Burton, Sharon | 4:08-CV-03677 |
| Carter, Linda | 4:08-CV-03690 |
| Hennin, Pat | 4:08-CV-03699 |
| Cornell, Nancy | 4:08-CV-03723 |
| | |
| Goodman, Lorraine | 4:08-CV-03777 |
| Humphreys, Nancy | 4:08-CV-03833 |
| Mayo, Mary | 4:08-CV-03905 |
| Roy, Thelma | 4:08-CV-03913 |
| Saunders, Doris | 4:08-CV-03923 |
| | |
| Scarbro, Frances | 4:08-CV-03927 |
| Scott, Minnie | 4:08-CV-03932 |
| Mitchell, Iva | 4:08-CV-03985 |
| Utt, Brenda | 4:08-CV-04017 |
| Poe, Sharon | 4:08-CV-04087 |
| | |
| Midili, Denise | 4:09-CV-00059 |
| Huff, Beverly C. | 4:09-CV-00103 |
| Frambs, Geraldyne | 4:09-CV-00741 |
| Mackiewicz, Kerma | 4:09-CV-00748 |
| Whatley, Ernest Joe | 4:10-CV-00128 |
| | |
| Cox, Marsha | 4:10-CV-00285 |
| Turk, Jean | 4:10-CV-00291 |
| Banks, Linda | 4:10-CV-00350 |
| Steele, Carolyn | 4:10-CV-00370 |
| Bledsoe, Shirley | 4:10-CV-00421 |
| | |
| Plain, Diane | 4:10-CV-00435 |
| Langren, Roberta | 4:10-CV-00438 |
| Knutson, Linda | 4:10-CV-00457 |
| Slaton, Mary | 4:10-CV-00461 |
| Baker, Mary | 4:10-CV-00464 |
| | |
| Green, Kenneth | 4:10-CV-00465 |
| Hart, Marlene | 4:10-CV-00475 |
| Evosevich, Felecisima | 4:10-CV-00478 |
| Walton, Doris | 4:10-CV-00505 |
| Geneve, Barbara | 4:10-CV-00542 |
| | |
| Williams, Lucille | 4:10-CV-00569 |
| Hansmann, Kathleen | 4:10-CV-00578 |
| Lopez, Delfina | 4:10-CV-00587 |
| Kerns, Margie | 4:10-CV-00600 |
| Krcmarik, Janet | 4:10-CV-00601 |

| | |
|---|---|
| Oberg, Jeanne | 4:10-CV-00602 |
| Sargent, Patricia | 4:10-CV-00605 |
| Walther, Rose | 4:10-CV-00609 |
| Sundall, Kathleen | 4:10-CV-00611 |
| Ely, Carol | 4:10-CV-00619 |
| | |
| Vincent, Sandra | 4:10-CV-00620 |
| Lindsay, Helen | 4:10-CV-00626 |
| Winfield, Cynthia | 4:10-CV-00629 |
| Mehr, Jeanette | 4:10-CV-00632 |
| Erickson, Roberta | 4:10-CV-00649 |
| | |
| Wilson, Evie | 4:10-CV-00656 |
| Foster, Thressa | 4:10-CV-00669 |
| Garcia, Gloria | 4:10-CV-00681 |
| Genco, Lucille | 4:10-CV-00682 |
| Ferguson, Sandra | 4:10-CV-00683 |
| | |
| Bell, Greg | 4:10-CV-00685 |
| Clausen, Lois | 4:10-CV-00687 |
| McGilvray, Anne | 4:10-CV-00782 |
| King, Marilyn | 4:10-CV-00792 |
| Grossman, Herbert | 4:10-CV-00797 |
| | |
| Cox, Carolyn | 4:10-CV-00798 |
| Hagle, Irene | 4:10-CV-00805 |
| Swanson, Mary | 4:10-CV-00813 |
| Johnson, Barbara | 4:10-CV-00817 |
| Fornberg, Loretta | 4:10-CV-00818 |
| | |
| Kirchhoff, Rose | 4:10-CV-00823 |
| Holden, Kathleen | 4:10-CV-00827 |
| Cassidy, Theresa | 4:10-CV-00828 |
| Sivils, Sharon | 4:10-CV-00830 |
| Tallent, Patricia | 4:10-CV-00839 |
| | |
| Beedle, Joyce | 4:10-CV-00842 |
| Bolster, Sharon | 4:10-CV-00846 |
| Allgood, Tanya | 4:10-CV-00848 |
| Sedwick, Mary | 4:10-CV-00871 |
| Wille, Lois | 4:10-CV-00886 |
| | |
| Brandt, Judith | 4:10-CV-00890 |
| Gouge, Delores | 4:10-CV-00891 |
| Jacquemart, Sharron | 4:10-CV-00912 |
| Bussart, Norma | 4:10-CV-00921 |
| Moore, John | 4:10-CV-00922 |

| | |
|---|---|
| Meranto, Oneida | 4:10-CV-00923 |
| Fields, Dorothy | 4:10-CV-00926 |
| Gordon, Sharon | 4:10-CV-00933 |
| Wood, Ann M. | 4:10-CV-00935 |
| Mangan, Beverly | 4:10-CV-00941 |
| | |
| Provasnik, Judith | 4:10-CV-00955 |
| Anglin, Linda | 4:10-CV-00988 |
| Dahlman, Emma Louise | 4:10-CV-00989 |
| Weddle, Georganne | 4:10-CV-00992 |
| Raatz, Dixie | 4:10-CV-01018 |
| | |
| Marcus, Sandra | 4:10-CV-01021 |
| Beylen, Joan | 4:10-CV-01029 |
| Contreras, Sandra | 4:10-CV-01030 |
| Howard, Carolyn | 4:10-CV-01034 |
| Stanionis, Lee | 4:10-CV-01035 |
| | |
| Gilmore, Sheila | 4:10-CV-01039 |
| Crane, Livia Salazar | 4:10-CV-01040 |
| Sherril, Janie | 4:10-CV-01041 |
| Grossman, Shirley | 4:10-CV-01042 |
| Meiller, Jean | 4:10-CV-01046 |
| | |
| Sain, Sudarshain | 4:10-CV-01060 |
| Struckmann, Jean A. | 4:10-CV-01061 |
| Knobel-Besa, Penny | 4:10-CV-01063 |
| Dasen, Paula | 4:10-CV-01080 |
| Denney, Marge | 4:10-CV-01212 |
| | |
| Guerra, Rosemary | 4:10-CV-01214 |
| Owen, Joyce | 4:10-CV-01236 |
| Wynkoop, Joanne | 4:10-CV-01239 |
| Martin, Rose | 4:10-CV-01241 |
| Owens, Evelyn | 4:10-CV-01267 |
| | |
| Mosely, Patty Ann | 4:10-CV-01272 |
| Thomas, Sharon | 4:10-CV-01286 |
| Trout, Geraldine | 4:10-CV-01289 |
| Onody, Marilyn | 4:10-CV-01298 |
| Krueger, Ruth | 4:10-CV-01306 |
| | |
| Friedberg, Carolyn | 4:10-CV-01313 |
| DeBell, Alma | 4:10-CV-01317 |
| Miner, Nola Jean | 4:10-CV-01324 |
| Facer, Kelleen | 4:10-CV-01347 |
| Funk, Judith | 4:10-CV-01351 |

| | |
|---|---|
| Zand, Tabandeh | 4:10-CV-01360 |
| Peterson, Darlene | 4:10-CV-01363 |
| Unlandt, Leena | 4:10-CV-01428 |
| Hudman, Dorothy M. | 4:10-CV-01576 |
| Williams, Mary Ann | 4:10-CV-01583 |
| | |
| Lininger, Linda | 4:10-CV-01617 |
| Polk, Geneva | 4:10-CV-01618 |
| Nichols, Ginger G. | 4:10-CV-01620 |
| Ryan, Faye | 4:10-CV-01625 |
| Rackle, Karen | 4:10-CV-01627 |
| | |
| Robbins, Ruby | 4:10-CV-01676 |
| Pitsinger, Muriel | 4:10-CV-01701 |
| Gattis, Melissa | 4:10-CV-02020 |
| Weber, Jane S. | 4:10-CV-02049 |
| Belnap, Gary | 4:10-CV-02074 |
| | |
| Westerfield, Arlene | 4:10-CV-02081 |
| Boles, Dorothy | 4:11-CV-00096 |
| Eden, Barbara | 4:11-CV-00097 |
| Grobstein, Elaine | 4:11-CV-00098 |
| Hruska, Judith | 4:11-CV-00100 |
| | |
| Clark, Charlotte A. | 4:11-CV-00109 |
| Johnson, Carole | 4:11-CV-00110 |
| Weiford, Marjorie | 4:11-CV-00111 |
| Fields, Jo Ann | 4:11-CV-00113 |
| Monroe, Rosie | 4:11-CV-00131 |
| | |
| Terry, Carol Jane | 4:11-CV-00132 |
| Whatley, Dolores | 4:11-CV-00203 |
| Weymouth, Genevieve | 4:11-CV-00293 |
| Mari, Linda | 4:11-CV-00322 |
| Riegle, Virginia A. | 4:11-CV-00787 |
| | |
| Cline, Carolyn | 4:12-CV-00340 |